ACCEPTED
01-14-00891-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/11/2015 8:44:37 PM
CHRISTOPHER PRINE
CLERK

NO. 01 – 14 – 00891 – CV

| | | |
|---|---|---|
| R & G TRANSPORTATION, INC., et. al. | § | IN THE FIRST |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| FLEETMATICS | § | |
| | § | |
| Appellee | § | OF TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/11/2015 8:44:37 PM
CHRISTOPHER A. PRINE
Clerk

## APPELLANT'S MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Appellant and files this Motion to Extend Time to File Appellant's Brief.

1.      Appellant's counsel is currently set for two final trials during the one week period beginning May 18, 2015.  The foregoing cases, among other cases, occupied a substantial portion of Appellant's counsel's time during the period for Appellant to file its brief.  As a result, Appellant respectfully requests that this honorable court grant an extension for Appellant to file Appellant's brief within thirty (30) days from today, May 11, 2015.  Appellant stipulates on the record that this will be Appellant's last request for an extension of time to file Appellant's brief in this appeal.

RESPECTFULLY SUBMITTED,

THE DEYON LAW GROUP, P.L.L.C.

/s/ *Derek H. Deyon*

_____
DEREK H. DEYON
2211 Norfolk, Suite 600
Houston, Texas 77098
(713) 481 – 7420
(713) 714 – 8670 Fax
TBN 24075862
ddeyon@deyonlawgroup.com
Attorney for Appellant

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy was served on the foregoing counsel of record on May 11, 2015 to:

Jon D. Totz
Totz Ellison & Totz, P.C.
2211 Norfolk, Suite 510
Houston, Texas 77098
Via fax to fax number 713 – 275 – 0306 after 5:00 p.m. local time of recipient.

/s/*Derek H. Deyon*

_____
DEREK H. DEYON